ORIGINAL

$50 FEE PAID
#11860360
FEE NOT PAID
(SEND LETTER)

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

FILED
2002 JUN 25 P 3: 00

Mid Atlantic Medical Services, Inc.
      **Plaintiff(s)**

vs.

Deborah Tedrick
      **Defendant(s)**

\*
\*
\*
\*
\*
\*\*\*\*\*\*

Case No.: JFM-02-1830

## MOTION FOR ADMISSION *PRO HAC VICE*

I, __Michelle E. Stawinski__, am a member in good standing of the bar of this Court. My bar number is __15126__. I am moving the admission of __Edwin L. Rawson__ to appear *pro hac vice* in this case as counsel for __Mid Atlantic Medical Services, Inc.__

We certify that:

1. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
| --- | --- |
| Tennessee Bar | 2000 |
| U.S. District Court, Western District of Tennessee | 2000 |

2. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court __0__ times.

3. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a

statement fully explaining all relevant facts).

4. The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

5. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

6. Either the undersigned movant or ___N/A_____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7. **The $50.00 fee for admission *pro hac vice* is enclosed.** (NOTE: Make check payable to: Clerk, United States District Court.)

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| *signature* | *signature* |
| Signature | Signature |
| Michelle E. Stawinski | Edwin L. Rawson |
| Printed Name | Printed Name |
| Bouland & Brush, LLC | Lawrence & Russell, LLP |
| Firm | Firm |
| 201 N. Charles Street, Suite 2400 Baltimore, MD  21201-4108 | 5050 Poplar Avenue, Suite 1617 Memphis, TN  38157 |
| Address | Address |
| (410) 752-6000 | (901) 844-4437    Prid 258674 |
| Telephone Number | Telephone Number  Plid 116923 |
| (410) 625-3859 | (901) 844-4435 |
| Fax Number | Fax Number |

************************************************************************

## ORDER

☑ GRANTED          ☐ DENIED

___June 25, 2002___         ___/s/_____
Date                         United States District Judge