**ORIGINAL**



$50 FEE PAID
# 1786360
FEE NOT PAID
(SEND LETTER)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED ENTERED
LODGED RECEIVED

JUN 21 2002

AT
CLERK U.S. DISTRICT
DISTRICT OF MARYLAND

2002 JUN 25 P 3:00

Mid Atlantic Medical Services, Inc.
**Plaintiff(s)**

vs.

Deborah Tedrick
**Defendant(s)**

Case No.: JFM-02-1830

\*\*\*\*\*\*

## MOTION FOR ADMISSION *PRO HAC VICE*

I, __Michelle E. Stawinski__, am a member in good standing of the bar of this Court. My bar number is __15126__. I am moving the admission of __Thomas H. Lawrence__ to appear *pro hac vice* in this case as counsel for __Mid Atlantic Medical Services, Inc.__

We certify that:

1. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| See "Attachment" | |
| See "Attachment" | |
| See "Attachment" | |
| See "Attachment" | |
| See "Attachment" | |
| See "Attachment" | |

2. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court __0__ times.

3. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a

statement fully explaining all relevant facts).

4. The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

5. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

6. Either the undersigned movant or __N/A_____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7. **The $50.00 fee for admission *pro hac vice* is enclosed.** (NOTE: Make check payable to: Clerk, United States District Court.)

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| _[signature]_ | _[signature]_ |
| Signature | Signature |
| Michelle E. Stawinski | Thomas H. Lawrence |
| Printed Name | Printed Name |
| Bouland & Brush, LLC | Lawrence & Russell, LLP |
| Firm | Firm |
| 201 N. Charles Street, Suite 2400 Baltimore, MD 21201-4108 | 5050 Poplar Avenue, Suite 1617 Memphis, TN 38157 |
| Address | Address |
| (410) 752-6000 | (901) 844-4430 |
| Telephone Number | Telephone Number |
| (410) 625-3859 | (901) 844-4435 |
| Fax Number | Fax Number |

******************************************************************

## ORDER

☒ GRANTED      ☐ DENIED

_Jun 25, 2002_                          _[signature]_
Date                                    United States District Judge

## "ATTACHMENT"

| COURT | DATE ADMITTED |
|---|---|
| Supreme Court of Texas | 1993 |
| Supreme Court Tennessee | 1995 |
| United States District Court for the Middle District of Tennessee | 1995 |
| United States District Court for the Western District of Tennessee | 1995 |
| United States District Court for Middle District of Arizona | 1995 |
| United States Courts of Appeals for the 3rd, 6th, 8th and 10th Circuits | 1996 |
| United States District Court for the District of Hawaii | 1997 |
| United States District Court for the Northern District of Texas | 1997 |
| United States Courts of Appeals for the 7th Circuit | 1997 |
| United States Supreme Court | 1998 |
| United States Courts of Appeals for the 4th and 9th Circuits | 1998 |
| United States District Court for the Eastern and Western Districts of Michigan | 1998 |
| United States District Court for the Southern District of Texas | 1998 |
| United States District Court for the Eastern District of Texas | 1999 |
| United States Court of Appeals for the 11th Circuit | 1999 |
| United States Court of Appeals for the 5th Circuit | 2000 |
| United States District Court for the Eastern and Western Districts of Arkansas | 2000 |
| United States District Court for the District of Colorado | 2000 |
| United States District Court for the Eastern and Western Districts of Wisconsin | 2001 |

| | |
|---|---|
| United States District Court for the Northern District of Indiana | 2001 |
| United States District Court for the Northern District of Illinois | 2001 |