UNITED STATES DISTRICT COURT
FOR DISTRICT OF MARYLAND
BALTIMORE DIVISION

|  |  |
|---|---|
| MID ATLANTIC MEDICAL SERVICES, INC., | ) |
| Plaintiff, | ) |
| v. | ) Case No. AW-02-CV-1533 |
|  | ) JFM-02-CV-1830 |
| DEBORAH TEDRICK, | ) NOTICE OF DISMISSAL |
| Defendant. | ) |

Plaintiff gives notice pursuant to Rule 41(a)(1)(i) that it is dismissing its action against Defendant Deborah Tedrick without prejudice.

Respectfully submitted,

By: _____
Thomas H. Lawrence
LAWRENCE & RUSSELL, LLP
5050 Poplar Avenue, Suite 1617
Memphis, Tennessee 38157
Telephone: (901) 844-4430
Facsimile: (901) 888-4435

Michelle E. Stawinski
BOULAND & BRUSH, LLC
201 N. Charles Street, Suite 2400
Baltimore, MD 21201-4108
Telephone: (410) 752-6000
Facsimile: (410) 625-3859 fax

"APPROVED" THIS 6th DAY OF August, 2002

Alexander Williams, Jr.
United States District Judge


